**Justices**

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE



**Chief Justice**
Kem Thompson Frost

**Clerk**
CHRISTOPHER A. PRINE
PHONE 713-274-2800

# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

Tuesday, October 13, 2015

Jennifer Anne Thomas
Fort Bend County Jail
1410 Williams Way Blvd.
Richmond, TX 77469

RE:     Court of Appeals Number:     14-14-01018-CR
        Trial Court Case Number:     14-DCR-065587

Style:  Jennifer Anne Thomas
        v.
        The State of Texas

Your court-appointed lawyer has filed a brief stating that the record on appeal shows no reversible error in your case, or error upon which an appeal may be based, and your lawyer is unable to raise any arguable grounds for appeal. Your lawyer waived oral argument and also has or will file a motion to withdraw from any further responsibilities of representing you. The motion filed by your lawyer is also known as an "*Anders* Brief." *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

This letter serves as notice that you may file a Response to your lawyer's *Anders* Brief on or before **November 13, 2015**, or may file a motion to extend the time you have to file a Response with the court. If you choose to ask for more time to file a Response, then you must file your motion for an extension of time to file a Response on or before **November 31, 2015**.

You are entitled to a copy of the record on appeal in your case. If you would like a copy of the record, you must complete the attached motion form and return it to the Fourteenth Court of Appeals, 301 Fannin Street, Suite 245, Houston, TX 77002.

If you file a Response to the *Anders* Brief, it should state what arguable grounds you believe a lawyer appointed to represent you should include in an appellate brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

### NOTICE TO COURT-APPOINTED COUNSEL

Upon receipt of a request for a copy of the appellate record, this court directs that Appellant's court-appointed counsel shall (1) make arrangements, within five days from the date of receiving Appellant's request, to forward a copy of the appellate record to Appellant and (2)

confirm that Appellant has received the record and notify this court in writing that counsel has confirmed that appellant has received a copy of the record. Court-appointed counsel may discharge the responsibility for preparing and delivering the record to the Appellant by making arrangements with the district or county clerk, however **it is still counsel's responsibility to confirm delivery and to provide confirmatory notice to this court**. *See Escobar v. State,* 134 S.W.3d 338, 339-40 (Tex. App.—Amarillo 2003) (order); *Pitchford v. State*, No. 07-05-0254-CR, 2006 WL 1587153 (Tex. App.—Amarillo June 9, 2006) (order) (not designated for publication).

The State's Response, or waiver, is due 30 days after Appellant files a Response, or the due date for the Appellant's Response has passed.

Sincerely,

Christopher Prine, Clerk

cc:    John Harrity, III (DELIVERED VIA E-MAIL)
        Zachary Scott Maloney (DELIVERED VIA E-MAIL)



RE: Court of Appeals Number: 14-14-01018-CR
Trial Court Case Number: 14-DCR-065587

Style: Jennifer Anne Thomas
v.
The State of Texas

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_____
Pro se Appellant
_____ Unit, TDCJ # _____
_____, Texas _____

## Certificate of Service

This is to certify that on _____ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Fort Bend County District Attorney's Office, 301 Jackson Street, Richmond, TX 77469

_____
Pro se Appellant